# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| **JAMES E. JENNINGS** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| vs. | ) CAUSE NO:  3:14-CV-74-RLY-WGH |
| | ) |
| **AMERICAN FAMILY INSURANCE, A/K/A** | ) |
| **AMERICAN FAMILY INSURANCE GROUP,** | ) |
| **AMERICAN FAMILY MUTUAL** | ) |
| **INSURANCE COMPANY, AMERICAN** | ) |
| **FAMILY LIFE INSURANCE COMPANY,** | ) |
| **AND AMERICAN STANDARD INSURANCE** | ) |
| **COMPANY OF WISCONSIN** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants, by counsel, respectfully move pursuant to Federal Rule of Civil Procedure 12(c) for Judgment on the Pleadings as to all of Plaintiff's claims.  Defendants are contemporaneously herewith filing a brief describing in more detail the reasons this motion should be granted.

Respectfully submitted,

**FAEGRE BAKER DANIELS LLP**

By: s /Edward E. Hollis
Edward E. Hollis (#19402-49)
Sarah E. Caldwell (#29850-03)
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone:  (317) 237-0300
Fax:     (317) 237-1000
E-mail:  Edward.Hollis@faegrebd.com
              Sarah.Caldwell@faegrebd.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

>Mark K. Phillips
>**ATTORNEY AT LAW**
>114 S. Third Street
>P. O. Box 427
>Boonville, IN  47601
>Email:  markphillipslawyer@yahoo.com

>  s/Edward E. Hollis
>Edward E. Hollis
>**FAEGRE BAKER DANIELS LLP**
>300 North Meridian Street, Suite 2700
>Indianapolis, IN 46204
>Phone:  (317) 237-0300
>Fax:     (317) 237-1000
>E-mail:  Edward.Hollis@faegrebd.com