IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JAMES E. JENNINGS )<br>    *Plaintiff* )<br>)<br>vs. )<br>)<br>AMERICAN FAMILY INSURANCE A/K/A )<br>AMERICAN FAMILY INSURANCE GROUP, )<br>AMERICAN FAMILY MUTUAL INSURANCE )<br>COMPANY, AMERICAN FAMILY LIFE )<br>INSURANCE COMPANY AND AMERICAN )<br>STANDARD INSURANCE COMPANY OF )<br>WISCONSIN )<br>    *Defendants* ) | CAUSE NO. 3:14-CV-74-RLY-WGH |

**NOTICE TO THE COURT**

    Comes now the Plaintiff, James Jennings, by counsel, Mark K. Phillips, Attorney at Law, P.C., and respectfully shows the Court as follows:

    1.    Counsel for the Plaintiff does not intend to submit any additional information to the Court.

    2.    Counsel for the Plaintiff does not wish to cross examine the Defendant's witness, Rod Beck.

Respectfully submitted,

/s/     Mark K. Phillips
Mark K. Phillips, Atty. No. 16941-49
114 S. Third Street
Post Office Box 427
Boonville, IN 47601
Telephone No. (812) 897-4400
Fax No. (812) 787-4451
Email: markphillipslawyer@yahoo.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February, 2015, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*Sarah E. Caldwell*
***FAEGRE BAKER DANIELS LLP - Indianapolis***
*300 North Meridian Street*
*Suite 2700*
*Indianapolis, IN 46204*
[sarah.caldwell@faegrebd.com](mailto:sarah.caldwell@faegrebd.com)


*Edward E. Hollis*
***FAEGRE BAKER DANIELS LLP - Indianapolis***
*300 North Meridian Street*
*Suite 2700*
*Indianapolis, IN 46204*
[edward.hollis@faegrebd.com](mailto:edward.hollis@faegrebd.com)


/s/ Mark K. Phillips