UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| **JAMES E. JENNINGS** )<br>)<br>    **Plaintiff,** )<br>)<br>  vs. )<br>)<br>**AMERICAN FAMILY INSURANCE, A/K/A** )<br>**AMERICAN FAMILY INSURANCE GROUP,** )<br>**AMERICAN FAMILY MUTUAL** )<br>**INSURANCE COMPANY, AMERICAN** )<br>**FAMILY LIFE INSURANCE COMPANY,** )<br>**AND AMERICAN STANDARD INSURANCE** )<br>**COMPANY OF WISCONSIN** )<br>)<br>    **Defendants.** ) | **CAUSE NO:  3:14-CV-74 -WGH-RLY** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) the parties hereby stipulate to the dismissal with prejudice of all claims in this action, each party to bear his or its own attorneys' fees and costs.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

 /s/ Mark K. Phillips                              By:  /s/ Edward E. Hollis
Mark K. Phillips (#16941-49)                       Edward E. Hollis (#19402-49)
A Professional Corporation                         Sarah E. Caldwell (#29850-03)
114 S. Third Street                                FAEGRE BAKER DANIELS LLP
P. O. Box 427                                      300 North Meridian Street, Suite 2700
Boonville, IN  47601                               Indianapolis, IN 46204
Phone:   (812) 897-4400                            Phone:    (317) 237-0300
Fax:       (812) 897-4451                          Fax:        (317) 237-1000
Email:   markphillipslawyer@yahoo.com              Email:    Edward.Hollis@faegrebd.com
                                                             Sarah.Caldwell@faegrebd.com

*Attorney for Plaintiff*

*Attorneys for Defendants*