UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JAMES E. JENNINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 3:14-cv-00074-WGH-RLY |
| ) | |
| AMERICAN FAMILY INSURANCE also ) | |
| known as AMERICAN FAMILY ) | |
| INSURANCE GROUP, ) | |
| AMERICAN FAMILY MUTUAL ) | |
| INSURANCE COMPANY, ) | |
| AMERICAN FAMILY LIFE INSURANCE ) | |
| COMPANY, ) | |
| AMERICAN STANDARD INSURANCE ) | |
| COMPANY OF WISCONSIN, | |
| Defendants. | |

**ORDER GRANTING STIPULATION OF DISMISSAL**

The Court, having considered the parties' Stipulation of Dismissal with Prejudice, and being duly advised, now **ORDERS** that all claims in this action are hereby **DISMISSED WITH PREJUDICE**, each party to bear his or its own attorneys' fees and costs.

**SO ORDERED** this day_____05/15/2015_____.

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

Distribution:

Edward E. Hollis
FAEGRE BAKER DANIELS LLP - Indianapolis
edward.hollis@faegrebd.com

Sarah E. Caldwell
FAEGRE BAKER DANIELS LLP - Indianapolis
sarah.caldwell@faegrebd.com

Mark Kelly Phillips
MARK K. PHILLIPS, ATTORNEY AT LAW, P.C.
markphillipslawyer@yahoo.com

US.56716407.01